# MINUTE ORDER

Page 5

## Magistrate Judge Alicia M. Otazo-Reyes

**Atkins Building Courthouse - 10th Floor**  Date: 7/16/2018   Time: 2:00 p.m.

---

Defendant: 3) TRAMAINE DAS SEALY   J#: 18908-104   Case #: 18-20581-CR-SCOLA

AUSA: Daniel Marcet   Attorney: David Donet, Jr. -temp

Violation: CONSPIRACY TO COMMIT AN OFFENSE AGAINST THE UNITED STATES   Surr/Arrest Date: 7/16/2018   YOB: 1984

Proceeding: Initial Appearance   CJA Appt:

Bond/PTD Held: ☐ Yes ☑ No   Recommended Bond: 2wk 5%

Bond Set at: Stip 2wk 5%   Co-signed by: wife Trishan Sealy

- ☑ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☑ Random urine testing by Pretrial Services ✓
- ☐ Treatment as deemed necessary
- ☑ Refrain from excessive use of alcohol or other narcotic drugs/controlled substances without prescription
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☑ No firearms
- ☐ Not to encumber property
- ☑ May not visit transportation establishments - may go to Miami International Airport for work only
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☑ Travel extended to: St. Kitts (preplanned trip only from 7/19 - 7/23)
- ☑ Other: As employment in tax preparation

Language: English

Disposition:
*NO AFPD APPT TO CO-DEFTS

Counsel filed a temporary notice of appearance

Defense Counsel to submit proposed travel order

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel:
PTD/Bond Hearing: 7/27   10:00 a.m.   Duty   Miami
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 14:17:59, 14:42:24   Time in Court: 10 min.

s/Alicia M. Otazo-Reyes   Magistrate Judge